**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SLICE OF LIFE, LLC AND VAL KLEYMAN, | : | No. 604 MAL 2017 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HAMILTON TOWNSHIP ZONING HEARING BOARD AND HAMILTON TOWNSHIP, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 21st day of February, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Commonwealth Court disregarded the binding precedent of this Court, set forth in the case *Albert v. Zoning Hearing Board of North Abington Township*, 578 Pa. 439, 854 A,2d 491 (2004), by finding that the purely transient use of a property as part of a commercial short-term vacation rental business was a permitted use in a residential zoning district?